AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

NICHLOS MARQUIS WHITEHEAD,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: 4:26-cv-00060

BRIAN KEMP, TYRONE OLIVER.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered August 19, 2026, Plaintiff's amended complaint is dismissed. This case stands closed.

Approved by: ______________________

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

August 19, 2026
*Date*

John E. Triplett, Clerk of Court
*Clerk*

______________________
*(By) Ann Duke, Deputy Clerk*